**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

D'ANDRE ALEXANDER,                           Case No. 16-12071

       Plaintiff,                                 Honorable Nancy G. Edmunds

v.

EDWARD NEITZEL.

       Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION [73]

This matter comes before in connection with Plaintiff's motion requesting that the Court return a certain document to him that he claims was left with the Court during his October 2018 jury trial. (ECF No. 73.)  Defendant states he provided the Court with a copy of a document to be used as an exhibit in his case, and that he never received the document back from the Court.  Defendant moves for the Court to return this document to him.  Having reviewed the entire record in this matter, Defendant's motion is **DENIED**.  The Court is not in possession of this document and it is not the practice of the Court to retain original copies of trial exhibits.  The Court recommends to Plaintiff that he reach out to his trial counsel to inquire whether counsel retained a copy of this record.

       **SO ORDERED.**

                                                s/Nancy G. Edmunds
                                                Nancy G. Edmunds
                                                United States District Judge

Dated:  August 5, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 5, 2020, by electronic and/or ordinary mail.

                                              <u>s/Lisa Bartlett</u>
                                              Case Manager